1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CATRINA L. BROWN

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 5:22-po-00005-SAB-1

12           Plaintiff,                STIPULATION TO ALLOW FIXED-SUM
                                       PAYMENT IN LIEU OF APPEARANCE AND
13     vs.                             TO CONTINUE STATUS CONFERENCE;
                                       ORDER
14  CATRINA L. BROWN,
                                       Date:  June 7, 2022
15           Defendant.                Time:  10:00 a.m.
                                       Judge: Hon. Stanley A. Boone
16

17     **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for defendant Catrina L. Brown, that Citation No.

20  E1200498 shall be resolved by payment of a fixed-sum in lieu of Ms. Brown's appearance

21  pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

22  Specifically, Ms. Brown agrees to pay a $300 forfeiture amount and $30 processing fee and

23  agrees to pay the amount in full prior to June 7, 2022. The parties further request that the Court

24  continue the May 3, 2022 status conference to June 7, 2022, with the understanding that, should

25  Ms. Brown pay the forfeiture amount and processing fee before the June 7, 2022 status

26  conference, the matter is resolved and her appearance will be unnecessary.

27  / / /

28  / / /

|   |   |
|---|---|
| | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date:  April 21, 2022 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 21, 2022 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CATRINA BROWN |

**ORDER**

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for May 3, 2022, to June 7, 2022, at 10:00 a.m. If the defendants pay the $300 forfeiture amount and $30 processing fee prior to the June 7, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

UNITED STATES MAGISTRATE JUDGE