HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CATRINA L. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATRINA L. BROWN,<br><br>Defendant. | Case No. 5:22-po-00005-SAB-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  July 5, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Catrina L. Brown, that the Court may continue the status conference currently scheduled for June 7, 2022, at 10:00 a.m. to July 5, 2022, at 10:00 a.m.

On April 21, 2022, the Court entered an Order authorizing Ms. Brown to resolve Citation No. E1200498 by payment of a fixed sum in lieu of her appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Ms. Brown agreed to pay a $300 forfeiture amount and $30 processing fee and agreed to pay the amount in full prior to June 7, 2022. The Court continued the May 3, 2022 status conference to June 7, 2022, with the understanding that, if Ms. Brown paid the forfeiture amount and processing fee before the June 7, 2022 status conference, the matter would be resolved and her appearance would be

1  unnecessary.

2  Ms. Brown still desires to pay the forfeiture amount and processing fee in lieu of an appearance in this case. However, she just began a new job and will not get her first paycheck until June 16, 2022. Ms. Brown intends to pay the forfeiture amount and processing fee out of her first paycheck.

Accordingly, Ms. Brown requests that the Court continue the status conference for June 7, 2022 status conference to July 5, 2022. The government has no objection to this request.

                                Respectfully submitted,

                                PHILLIP A. TALBERT
                                United States Attorney

Date: June 2, 2022                */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: June 2, 2022                */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                CATRINA BROWN

## **ORDER**

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for June 7, 2022, to July 5, 2022, at 10:00 a.m. If the defendants pay the $300 forfeiture amount and $30 processing fee prior to the July 5, 2022 status conference, the matter will be closed.


IT IS SO ORDERED.

Dated:   **June 2, 2022**                                                
                                                          UNITED STATES MAGISTRATE JUDGE