HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CATRINA L. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-po-00005-SAB-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | Date:   September 6, 2022 |
| CATRINA L. BROWN, | Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Catrina L. Brown, that the Court may continue the status conference currently scheduled for August 2, 2022, at 10:00 a.m. to September 6, 2022, at 10:00 a.m.

On April 21, 2022, the Court entered an Order authorizing Ms. Brown to resolve Citation No. E1200498 by payment of a fixed sum in lieu of her appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Ms. Brown agreed to pay a $300 forfeiture amount and $30 processing fee. The Court continued the May 3, 2022 status conference to June 7, 2022, with the understanding that, if Ms. Brown paid the forfeiture amount and processing fee before the June 7, 2022 status conference, the matter would be resolved and her appearance would be unnecessary. On June 2, 2022, the Court entered an Order continuing

1 the status conference to July 5, 2022, to give Ms. Brown additional time to pay. On July 5, 2022,
2 Ms. Brown appeared in court and requested an additional month to pay, as she had recently
3 begun a new job and was still catching up on bills. The Court agreed to continue the status
4 conference to August 2, 2022.

5     Ms. Brown now requests one final extension of time to pay the forfeiture amount and
6 processing fee in lieu of an appearance in this case. Ms. Brown is anticipating a paycheck on
7 August 5, 2022, and she believes she will be able to pay the citation out of that paycheck. The
8 defense notes that Ms. Brown is still within six months of the date of her initial appearance and,
9 thus, the delay in payment is not beyond the typical six-month payment plan this Court has
10 approved for defendants who wish to pay their citations in lieu of an appearance.

11     Accordingly, Ms. Brown requests that the Court continue the status conference to
12 September 6, 2022. The government has no objection to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 27, 2022      */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2022      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CATRINA BROWN

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

## **ORDER**

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for August 2, 2022, to September 6, 2022, at 10:00 a.m. If the defendants pay the $300 forfeiture amount and $30 processing fee prior to the September 6, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:   **July 28, 2022**

UNITED STATES MAGISTRATE JUDGE